# Third District Court of Appeal
## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D20-1321
Lower Tribunal No. F16-16155

————————————

**Derrick Barrett,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, John Schlesinger, Judge.

Carlos J. Martinez, Public Defender, and James A. Odell and Andrew Stanton, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Kseniya Smychkouskaya, Assistant Attorney General, for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed. See State v. DiGuilio, 491 So. 2d 1129 (Fla. 1986).